**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| EGAN PAYNE, SR., | : No. 271 EAL 2022 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| AMERICOLD LOGISTICS LLC (WORKERS' | : |
| COMPENSATION APPEAL BOARD), | : |
| | : |
| Respondent | : |

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.